UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LASTORINA-SNYDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER OKPAIA, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04305-JSC<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND TO AMEND CASE NAME; EXTENDING TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 11, 14 |

Plaintiff has filed a motion for appointment of a lawyer to represent him in this civil rights case. There is no right to counsel in a civil case such as this. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). The decision to request counsel to represent an indigent litigant is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). Plaintiff asserts no exceptional circumstances in his one-sentence motion, nor are any apparent from the record. At least at this stage, the issues in this case are not sufficiently complex, nor has Plaintiff shown the inability to present his claims such that the interests of justice necessitate referral for location of pro bono counsel to assist him. Plaintiff's motion for appointment of counsel is DENIED. Should referral for location of pro bono counsel become necessary at a later time, the Court will issue a referral order on its own; Plaintiff need and shall not request appointment of counsel in this Court again.

Good cause appearing, the deadline for Plaintiff to file an amended complaint is extended to, and including, **October 15, 2025.** If Plaintiff fails to file an amended complaint within the designated time, or if the amendment is not sufficient, the case may be dismissed.

//

//

1    Plaintiff's motion to amend the case name to "*Snyder v. Jonson*" is DENIED because the
2 complaint does not include a defendant named Jonson.
3    This order disposes of docket numbers 11, 14.
4    **IT IS SO ORDERED.**
5 Dated: September 16, 2025

*[signature]*
JACQUELINE SCOTT CORLEY
United States District Judge