UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO LASTORINA-SNYDER,

Plaintiff,

v.

ROBERT JONSEN,

Defendant.

Case No. 25-cv-04305-JSC

**ORDER GRANTING EXTENSION OF TIME**

Re: Dkt. No. 25

Good cause appearing, Plaintiff's motion for an extension of time to file a third amended complaint is GRANTED.  The third amended complaint is due on or before **April 6, 2026**.  If Plaintiff fails to file a third amended complaint within the designated time, or if the third amended complaint is not sufficient, the claims in the second amended complaint ("SAC") found not capable of judicial determination in the Court's February 6, 2026, Order (ECF No. 23) may be dismissed, and the case will proceed based only upon the claims in the SAC found capable of judicial determination.

This order resolves docket number 25.

**IT IS SO ORDERED.**

Dated: March 13, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California